IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

XZAVIER OYD LARAY MICHAEL,        )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CASE NO. CV422-303
                                  )
DR. KILOLO KIJAKAZI, Social       )
Security Administration,          )
                                  )
        Defendant.                )
                                  )

## O R D E R

Before the Court is the Magistrate Judge's January 3, 2023,
Report and Recommendation (Doc. 5), to which no objections have
been filed. After a careful review of the record,[1] the report and
recommendation is **ADOPTED** as the Court's opinion in this case.
(Doc. 5.) Plaintiff's Motion to Proceed in forma pauperis is
**GRANTED IN PART** and **DENIED IN PART**. (Doc. 2.) Plaintiff is **DIRECTED**
to remit the $402 filing fee in four monthly installments, three
$100 payments and a final $102 payment. Plaintiff is **DIRECTED** to
remit the first $100 installment within 30 days of the date of
this order, and each subsequent payment no later than thirty days

---

[1] The Court reviews de novo a magistrate judge's findings to which
a party objects, and the Court reviews for clear error the portions
of a report and recommendation to which a party does not object.
28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv.,
Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the
standard of review for report and recommendations (citing Macort
v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per
curiam))).

after the prior payment, until the full fee is paid. Plaintiff is further **DIRECTED** to remit the full $402 fee within 120 days of the date of this order. The Clerk is **DIRECTED** to record Plaintiff's payments on the docket. Plaintiff's failure to remit the full filing fee within the time provided may result in dismissal of this case.

SO ORDERED this _27th_ day of February 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA