IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

XZAVIER OYD LARAY MICHAEL, )
)
    Plaintiff, )
)
v. )    CASE NO. CV422-303
)
KILOLO KIJAKAZI, )
)
    Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's July 12, 2023, Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 10) is **ADOPTED** as the Court's opinion in this case. Plaintiff Xzavier Oyd LaRay Michael's motion for a retroactive extension of his deadline to pay the filing fee is **DENIED**. (Doc. 9.) This case is **DISMISSED**. Since Plaintiff has not paid the full filing fee, the Clerk of Court is **DIRECTED** to return the $200 in partial payments to Plaintiff, consistent with his

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

internal policies and procedures. The Clerk of Court is then **DIRECTED** to close this case.

SO ORDERED this 7th day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA