AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

XZAVIER OYD LARAY MICHAEL,

Plaintiff,

v.

KILOLO KIJAKAZI,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-303

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 7, 2023, the Report and Recommendations of the the U.S. Magistrate Judge is adopted as the opinion of this Court. Plaintiff's complaint is dismissed for failure to pay the full filing fee. This case stands closed.



August 7, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020